IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLEEN YOUNGERS, as Guardian Ad Litem
for JANE DOE, a minor child,

    Plaintiff,

vs.

Case No. 1:22-CV-00246-SMV-JFR

WEST LAS VEGAS SCHOOL DISTRICT d/b/a
BOARD OF EDUCATION FOR WEST LAS
VEGAS SCHOOLS, CITY OF LAS VEGAS,
ELIAS RAEL, GERARDO LOZANO, and
ABRAN ULIBARRI,

    Defendants.

## ORDER DISMISSING DEFENDANTS CITY OF LAS VEGAS, ELIAS RAEL, AND GERARDO LOZANO WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiff's Motion and the Court being otherwise fully advised hereby finds the Motion is well-taken.

IT IS THEREFORE ORDERED: Defendants City of Las Vegas, Elias Rael, and Gerardo Lozano are hereby dismissed with prejudice.

_____
HON. STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Approved by:

**MARTINEZ, HART, SANCHEZ & ROMERO, P.C.**

*/s/ Kelly Stout Sanchez*
Kelly Stout Sanchez
F. Michael Hart
Julio C. Romero

1801 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 facsimile
kellys@osolawfirm.com
mikeh@osolawfirm.com
julior@osolawfirm.com
*Attorneys for Plaintiff*

**WALZ AND ASSOCIATES, P.C.**

*/s/ Approved via E-Mail 12/14/2022*
Jerry A. Walz, Esq.
Alisha L. Walz
133 Eubank Blvd. NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com
*Attorney for Defendant West Las Vegas*
*School District d/b/a Board of Education*
*for West Las Vegas Schools*

**BRENNAN & SULLIVAN, P.A.**

*/s/ Approved via E-Mail 12/14/2022*
James P. Sullivan
128 East DeVargas
Santa Fe, NM 87501
(505) 995-8514
Jamie@brennsull.com
*Attorney for Defendants City of Las Vegas,*
*Elias Rael and Gerardo Lozano*

**QUINONES LAW FIRM, LLC**

*/s/ Approved via E-Mail 12/14/2022*
Carlos M. Quinones, Esq.
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM 87505
(505) 992-1515
quinoneslaw@cybermesa.com
*Attorney for Defendant Abran Ulibarri*