IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLEEN YOUNGERS,

    Plaintiff,                                                          Civ. No. 22-246 KK/JFR

v.

WEST LAS VEGAS SCHOOL DISTRICT,
*et al.*,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

    THIS MATTER comes before the Court *sua sponte* on review of the docket. It is hereby ORDERED that a telephonic status conference before Judge Khalsa is set for **Friday, May 12, 2023, at 10:30 a.m.** Counsel are to call Judge Khalsa's AT&T Conference Line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE